IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO FLOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:20-CV-2-WKW |
| | ) [WO] |
| BILL FRANKLIN, | ) |
| WARDEN HENLINE, | ) |
| ELMORE COUNTY SHERIFF'S | ) |
| DEPARTMENT, | ) |
| ELMORE COUNTY JAIL, and | ) |
| DEPUTY RICKS, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On May 12, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 23.) Upon an independent review of the record and the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED WITHOUT PREJUDICE.

Final judgment will be entered separately.

DONE this 20th day of July, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE